≈PROB 12C
( 12/04)

# UNITED STATES DISTRICT COURT

for

## District of Guam

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Francisco Perez Villagomez**  Case Number: **CR 97-00024-001**
Name of Sentencing Judicial Officer: John S. Unpingco
Date of Original Sentence: July 25, 1997

Original Offense: Importation of Crystal Methamphetamine, in violation of 21 U.S.C. §§ 952(a) & 960; Possession of Crystal Methamphetamine Aboard an Aircraft, in violation of 21 U.S.C. § 955; and Possession of Crystal Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. § 841(a).

Original Sentence: 97 months imprisonment (concurrent), followed by a four year term of supervised release with conditions: not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm; comply with the standard conditions of supervision; perform 250 hours of community service; seek and maintain gainful employment; participate in a substance abuse program, which may include but is not limited to random urinalysis; and pay a $300 special assessment fee. **Modified on January 30, 2006** to include that he refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer.

Type of Supervision: **Supervised Release**  Date Supervision Commenced: **May 12, 2004**
Assistant U.S. Attorney: **Mark Kondas**  Defense Attorney: **Eric Butterfield**

## PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1. | Failed to report to the Probation Officer. [18 U.S.C. § 3583(d)]
2. | Failed to follow the instructions of the Probation Officer. [18 U.S.C. § 3583(d)]
3. | Failed to submit to drug testing. [18 U.S.C. § 3583(d)]

Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

*See attached Declaration in Support of Petition,*
*Re: Violation of Supervised Release Conditions; Request for a Summons*
*submitted by USPO John W. San Nicolas II*

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date: July 9, 2007

I declare under penalty of perjury that the foregoing is true and correct.

/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Executed on: July 9, 2007

**THE COURT ORDERS:**

[ ] No action.
[ ] The issuance of a warrant.
[✓] The issuance of a summons.
[ ] Other



/s/ Frances M. Tydingco-Gatewood
    **Chief Judge**
**Dated: Jul 11, 2007**