# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-97-00024-001            DATE: July 26, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Jennifer Moton           Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 10:52:20 - 11:23:16
CSO: L. Ogo / J. Lizama

**APPEARANCES:**

Defendant: Francisco Perez Villagomez       Attorney: John Gorman
    Present    Custody    Bond    P.R.         Present    Retained    FPD    CJA

U.S. Attorney: Marivic David           U.S. Agent:
U.S. Probation: John San Nicolas         U.S. Marshal: V. Roman
Interpreter:                             Language:

**PROCEEDINGS: Initial Appearance re Petition for Revocation of Supervised Release**

- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant admits to all the allegations.
- Parties stated their recommendation for disposition.
- Court continued the proceedings and instructed the defendant to seek medical attention.
- Continued Hearing re Petition for Revocation of Supervised Release set for: September 26, 2007 at 9:30 a.m.
- Defendant to remain released.

NOTES: