# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> **FRANCISCO PEREZ VILLAGOMEZ,** <br><br> Defendant. | **CRIMINAL CASE NO. 97-00024-001** <br><br> **APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to July 20, 2007.

Dated this 26th day of July, 2007.

/s/ Frances M. Tydingco-Gatewood
Chief Judge