AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| Francisco Perez Villagomez | Case Number: CR-97-00024 |
| (Name and Address of Defendant) | |

*RECEIVED AUG — 200[?] US MARSHALS SERVICE-GUAM*

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910 | |
| | Date and Time |
| Before:    CHIEF JUDGE FRANCES TYDINGCO-GATEWOOD | Thursday July 26, 2007 at 9:00 a.m. |

To answer a(n)
- ☐ Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ **Violation Notice**

**Charging you with a violation of** _____ **United States Code, Section(s)** _____

**Brief description of offense:**

See Petition for Warrant or Summons for Offender Under Supervision filed on July 10, 2007

**FILED**
DISTRICT COURT OF GUAM
AUG - 8 2007
JEANNE G. QUINATA
Clerk of Court

**RECEIVED**
JUL 1 3 2007
US MARSHALS SERVICE-GUAM

| WALTER M. TENORIO, Deputy Clerk | [signature] |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

July 12, 2007
Date

ORIGINAL

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | 7/24/07 |

**Check one box below to indicate appropriate method of service**

☒ Served personally upon the defendant at:

at defendant's residence, Yona, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned ___8/2/07___
Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.