# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-97-00024-001　　　　　　　　　　DATE: September 26, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley / Sara Weber　　Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez　Electronically Recorded: 9:36:33 - 9:44:13
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Francisco Perez Villagomez　　　　Attorney: John Gorman
　　Present　Custody　Bond　P.R.　　　　　　　　Present　Retained　FPD　CJA
U.S. Attorney: Marivic P. David　　　　　　　U.S. Agent:
U.S. Probation: John San Nicolas　　　　　　 U.S. Marshal: G. Perez
Interpreter:　　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Initial Appearance re Petition for Revocation of Supervised Release**

- Probation Officer San Nicolas' recommendation for a two month continuance was granted.
- Court advised the defendant that if he sought medical attention within the next two months, the Court may consider early termination of his supervised release.
- Status Hearing re Petition to Revoke Supervised Release set for: 11/27/2007 at 1:30 p.m.
- Defendant to remain released.

NOTES: