# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

**NOTICE**

V.

Francisco Perez Villagomez          CASE NUMBER: CR-97-00024-001

TYPE OF CASE:

☐ **CIVIL**        X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**Status Hearing**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**Thursday, December 20, 2007 at 8:30 a.m.** | RESCHEDULED TO DATE AND TIME<br><br>**Monday, December 3, 2007 at 9:15 a.m.** |
|---|---|---|

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**November 30, 2007**                     /s/ Leilani R. Toves Hernandez
DATE                                                         (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
          Federal Public Defender
          U.S. Probation Office
          U.S. Marshals Service