✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

| United States of America | **NOTICE** |
|---|---|
| V. | |
| Francisco Perez Villagomez | CASE NUMBER: CR-97-00024-001 |

TYPE OF CASE:

☐ **CIVIL**  X  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**Status Hearing**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**Monday, December 3, 2007 at 9:15 a.m.** | RESCHEDULED TO DATE AND TIME<br><br>**Monday, December 10, 2007 at 9:00 a.m.** |
|---|---|---|

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| **December 3, 2007** | /s/ Leilani R. Toves Hernandez |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO: U.S. Attorney's Office
    Federal Public Defender
    U.S. Probation Office
    U.S. Marshals Service