# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-97-00024-001 　　　　　　　　　　　DATE: December 10, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 9:05:59 - 9:08:48
CSO: D. Quinata

**APPEARANCES:**

Defendant: Francisco Perez Villagomez　　　Attorney: John Gorman
　　Present　Custody　Bond　P.R.　　　　　　Present　Retained　FPD　CJA
U.S. Attorney: Marivic P. David　　　　　　　U.S. Agent:
U.S. Probation: Maria Cruz　　　　　　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Status Hearing**
- Mr. Gorman stated that the defendant has seen a physician and is receiving medical treatment.
- Defense's oral Motion for Early Termination of Supervised Release was <u>granted</u>.

NOTES: