# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO PEREZ VILLAGOMEZ,<br><br>Defendant. | Criminal Case No. 97-00024<br><br>**ORDER** |

On December 10, 2007, this matter came before the court for a Status Hearing on the Defendant's Revocation of Supervised Release. *See* Docket No. 45. In light of the Defendant's poor health, the Defendant argued that early termination of supervised release was more appropriate. Under the circumstances, the court agreed and granted the Defendant's request.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
       **Chief Judge**
**Dated: Jul 15, 2008**